ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-17-0185-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| **KENNY VONGPRACHANH**, | |
| Defendant. | |

There is a status hearing currently scheduled for June 28, 2017. However, the Assistant United States Attorney assigned to this case is not available at that time. Further, defense counsel wishes to attend a funeral that is scheduled at that time.

Accordingly, the parties are requesting that the current status hearing be vacated and re-scheduled to July 14, 2017 at 10:30 A.M.

DATED: June 27, 2017                Respectfully submitted,


                                    By

                                        /s/
                                        Erick L. Guzman
                                        Attorney for Kenny Vongprachanh



                                        /s/
                                        Bill Gullotta
                                        Assistant United States Attorney

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | It is hereby ordered that the status hearing currently scheduled for June 28, 2017 be |
| 4 | vacated, and added to this Court's calendar on July 14, 2017 at 10:30 A.M. |
| 5 | **IT IS SO ORDERED.** |
| 6 | Dated: 6/27/17 |
| 7 | HON. JAMES DONATO |
| 8 | United States District Judge |

3